| KRISTEN MORALES | * | NO. 2022-CA-0216 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| OFFICE OF INSPECTOR GENERAL | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*JCL*  **LOBRANO, J., CONCURS IN THE RESULT**